No. 90–1548. KAISER, AKA BLOCK *v.* PEER ET AL. Super. Ct. Fulton County, Ga. Certiorari denied.

No. 90–1549. STAHN *v.* HAECKEL. C. A. 8th Cir. Certiorari denied.

No. 90–1551. HOLYWELL CORP. ET AL. *v.* BANK OF NEW YORK ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–1553. FLINN *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 90–1558. WILLIAMS *v.* FIRST UNION NATIONAL BANK OF NORTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 90–1561. BORDEN, INC. *v.* MEIJI MILK PRODUCTS CO., LTD. C. A. 2d Cir. Certiorari denied.

No. 90–1565. HARBERT *v.* OHIO. Ct. App. Ohio, Stark County. Certiorari denied.

No. 90–1567. ARDRA INSURANCE CO., LTD., ET AL. *v.* CURIALE, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, AS LIQUIDATOR OF NASSAU INSURANCE CO. Ct. App. N. Y. Certiorari denied.

No. 90–1570. GUNTER *v.* VIRGINIA STATE BAR ET AL. Sup. Ct. Va. Certiorari denied.

No. 90–1571. ZEPPEIRO *v.* SEAMAN & GRAHAM ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–1572. ALABAMA POWER CO. *v.* TURNER, ADMINISTRATOR OF THE ESTATE OF TURNER, DECEASED. Sup. Ct. Ala. Certiorari denied.

No. 90–1574. KELLEY *v.* ALASKA. Ct. App. Alaska. Certiorari denied.